**FILED**
November 2, 2017
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> ERNANIE B. LATORRE, ) <br> ) <br> Defendant. ) | Case No. 2:16-po-00287-EFB <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release, ERNANIE B. LATORRE, Case No. 2:16-po-00287-EFB from custody for the following reasons:

_X_   Release on Personal Recognizance

___   Bail Posted in the Sum of: $ .

    ___   Co-signed Unsecured Appearance Bond

    ___   Secured Appearance Bond

_X_   (Other) Conditions as stated on the record.

___   (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at _Sacramento, CA_ on _11/2/2017_ at _2:55 p.m._

By _[signature]_
Edmund F. Brennan
United States Magistrate Judge