PHILLIP A. TALBERT
United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:16-PO-00287-EFB |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [~~PROPOSED~~] FINDINGS AND ORDER |
| v. | |
| ERNANIE B. LATORRE, | DATE: December 4, 2017 |
| Defendant. | TIME: 10:00 a.m.<br>COURT: Hon. Edmund F. Brennan |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on December 4, 2017.

2. By this stipulation, defendant now moves to continue the status conference until January 8, 2018, and to exclude time between December 4, 2017, and January 8, 2018, under Local Code T4. The defendant previously appeared on November 14, 2017, however, the Court was unable to conduct an arraignment because the defendant requires the services of an interpreter and a Tagalog interpreter was unavailable. A Tagalog interpreter is not available on December 4, 2017. Accordingly, the parties jointly request that the Court continue this matter until January 8, 2018, so that a Tagalog interpreter may be scheduled.

3. Based on the above-stated findings, the ends of justice served by continuing the case as

requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

4. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of December 4, 2017, to January 8, 2018, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

5. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: December 1, 2017

PHILLIP A. TALBERT
United States Attorney

/s/ JUSTIN L. LEE
JUSTIN L. LEE
Assistant United States Attorney

Dated: December 1, 2017

/s/ LINDA ALLISON
LINDA ALLISON
Counsel for Defendant
ERNANIE B. LATORRE

## [PROPOSED] FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 4th day of December, 2017.

THE HONORABLE EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE