UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ERNANIE B. LATORRE,<br><br>　　　　　Defendant. | 2:16-PO-00287-EFB<br><br>[~~Proposed~~] ORDER TO DISMISS<br><br>DATE: January 8, 2018<br>TIME: 9:00 a.m.<br>JUDGE: Honorable Edmund F. Brennan |

It is hereby ordered that the plaintiff United States of America's Motion to Dismiss the above-captioned matter without prejudice is GRANTED. The January 8, 2018 Status Hearing is hereby VACATED.

IT IS SO ORDERED.

Dated: January 8, 2018

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　HON. EDMUND F. BRENNAN
　　　　　　　　　　　　　　　　　　United States Magistrate Judge